UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DUSTIN BEMESDERFER,**

       **Plaintiff,**

v.                                            Case No. 6:22-cv-270-PGB-EJK

**UNITED PARCEL SERVICE, INC.,**

       **Defendant.**

| UNITED STATES MAGISTRATE JUDGE: | Leslie Hoffman Price | COURTROOM: | 5D |
|---|---|---|---|
| DEPUTY CLERK: | Edward Jackson | COUNSEL FOR PLAINTIFF: | Sharon Caserta |
| AUDIO RECORDING: | Digital Orlando_Digital_Transcripts@flmd.uscourts.gov | COUNSEL FOR DEFENDANT: | Christine Reinhard |
| DATE/TIME: TOTAL TIME: | May 22, 2023 10:00-12:35 2 hours/35 minutes | | |
| INTERPRETER: | Brenda Stansbury Johanna Mery | | |

### CLERK'S MINUTES
### SETTLEMENT CONFERENCE

Case called; appearances taken; procedural setting by the Court.
Interpreters were placed under oath.
Settlement Conference held.
Impasse.